# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE R. ZAMIR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 20-05455-JFW(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for attorney's fees pursuant to 42 U.S.C. § 406(b), and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is granted: Plaintiff is awarded $12,250 in

attorney's fees; (3) Defendant is directed to pay Plaintiff's counsel $12,250 from the sums withheld from Plaintiff's past-due benefits only to the extent that the amount withheld is available and unexhausted, and to pay directly to Plaintiff any remaining sums withheld from Plaintiff's past-due benefits; and (4) Plaintiff's counsel is directed to reimburse Plaintiff in the amount of $2,250 for the fee that was previously paid by the Commissioner under EAJA.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

DATED: June 27, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE